FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
Aug 05, 2026, 3:27 pm (ea)
Lucy H.Carrillo, Clerk of Court

KENNETH M. SORENSON
United States Attorney
District of Hawaii

HEIDI TURNER
Special Assistant United States Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Email: Heidi.Turner@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BERNADETTE ACASO,<br><br>Defendant. | Case No. CR 26-00087 RT<br><br>INFORMATION<br><br>[18 U.S.C. § 611(a)] |

INFORMATION

The United States Attorney charges:

Voting by an Alien
(18 U.S.C. § 611(a))

On or about November 5, 2024, in the District of Hawaii, BERNADETTE ACASO, the defendant, an alien, knowing that she was not a United States citizen, did knowingly vote in an election held solely and in part for the purpose of electing a candidate for the office of President, Vice President, Member of the Senate, and Member of the House of Representatives.

All in violation of Title 18, United States Code, Section 611(a).

DATED: August 5, 2026, at Honolulu, Hawaii.

KENNETH M. SORENSON
United States Attorney
District of Hawaii

HEIDI TURNER
Special Assistant U.S. Attorney

United States v. Bernadette Acaso
Information
Case No. CR 26-00087 RT